UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Javier Maisonet

                            Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR-4709 ) ( )

Defendant __Javier Maisonet__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

**X**  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

## Javier Maisonet
Print Defendant's Name

_____
Defendant's Counsel's Signature

## Calvin H. Scholar
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__5-4-2021__
Date

_____
U.S. District Judge/U.S. Magistrate Judge